UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA RAFFERTY, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00447-GMN-NJK |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HOST INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

Counsel for Defendant contacted chambers requesting that the ENE be rescheduled due to a personal emergency. Defense counsel also forwarded email exchanges she had with opposing counsel requesting a stipulation. Counsel for Plaintiff was not immediately available to execute a stipulation, but does not oppose the request. Accordingly,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for May 24, 2013, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **July 25, 2013,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

Dated this 23rd day of May, 2013.

_____
Peggy A. Leen
United States Magistrate Judge