1  **Marquis Aurbach Coffing**
   Jason M. Gerber, Esq. (#8805)
2  10001 Park Run Drive
   Las Vegas, Nevada 89145
3  Telephone: (702) 382-0711
   Facsimile: (702) 382-5816
4  jgerber@maclaw.com

5  **Baker & Hostetler LLP**
   Margaret Rosenthal, Esq.
6  California Bar No. 147501
   *(Admitted Pro Hac Vice)*
7  Damon M. Brown, Esq.
   California Bar No. 242265
8  *(Admitted Pro Hac Vice)*
   12100 Wilshire Boulevard, 15th Floor
9  Los Angeles, California  90025-7120
   Telephone:    (310) 820-8800
10 Facsimile:     (310) 820-8859
   mrosenthal@bakerlaw.com
11 dmbrown@bakerlaw.com

12 *Attorneys for Defendant, Host International, Inc.*

13 **Gabroy Law Offices**
   Christian Gabroy
14 Nevada Bar No. 8805
   The District at Green Valley Ranch
15 170 S. Green Valley Parkway, Suite 280
   Henderson, Nevada  89012
16 Telephone:    (702) 259-7777
   Facsimile:     (702) 259-7704
17
   *Attorneys for Plaintiff Cynthia Rafferty*
18

19                 **UNITED STATES DISTRICT COURT**

20                        **DISTRICT OF NEVADA**

21

22 | CYNTHIA RAFFERTY, | Case No.: 2:13-cv-00447-GMN-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| HOST INTERNATIONAL, INC. EMPLOYEE(S)/AGENTS(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive, | Action Removed: March 15, 2013 |
| Defendants. | |

Plaintiff Cynthia Rafferty, by and through her counsel of record, Gabroy Law Offices, and Host International, Inc., by and through its counsel of record, Baker & Hostetler LLP and Marquis Aurbach Coffing, hereby stipulate as follows:

IT IS STIPULATED that the above-captioned matter be dismissed in its entirety, with prejudice; and

IT IS FURTHER STIPULATED that all future court and trial dates be vacated, including the deadlines set forth in the Scheduling Order entered on May 7, 2013 [Dkt. No. 24] and September 19, 2013 [Dkt. 31].

**IT IS SO ORDERED** this 10th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

Dated: October 9, 2013

BAKER & HOSTETLER LLP

By: /s/ Margaret Rosenthal
   Margaret Rosenthal, Esq. (#147501)
   12100 Wilshire Blvd., 15th Floor
   Los Angeles, CA 90025
   Tel: (310) 820-8800'
   *One of the Attorneys for Defendant Host International, Inc.*

I, Margaret Rosenthal, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
   Jason M. Gerber, Esq. (#9812)
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Tel: (702) 382-0711
   *One of the Attorneys for Defendant Host International, Inc.*

GABROY LAW OFFICES

By: /s/ Christian Gabroy
   Christian Gabroy, Esq. (#8805)
   The District at Green Valley Ranch
   170 S. Green Valley Parkway, Suite 280
   Henderson, Nevada 89012
   Tel: (702) 259-7777
   *Attorneys for Plaintiff Cynthia Rafferty*