**Marquis Aurbach Coffing**
Jason M. Gerber, Esq. (#8805)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com

**Baker & Hostetler LLP**
Margaret Rosenthal, Esq.
California Bar No. 147501
*(Admitted Pro Hac Vice)*
Damon M. Brown, Esq.
California Bar No. 242265
*(Admitted Pro Hac Vice)*
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:     (310) 820-8800
Facsimile:     (310) 820-8859
mrosenthal@bakerlaw.com
dmbrown@bakerlaw.com

*Attorneys for Defendant, Host International, Inc.*

**Gabroy Law Offices**
Christian Gabroy
Nevada Bar No. 8805
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada  89012
Telephone:   (702) 259-7777
Facsimile:    (702) 259-7704

*Attorneys for Plaintiff Cynthia Rafferty*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA RAFFERTY,<br><br>            Plaintiff,<br><br>      vs.<br><br>HOST INTERNATIONAL, INC. EMPLOYEE(S)/AGENTS(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive,<br><br>            Defendants. | Case No.: 2:13-cv-00447-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Removed: March 15, 2013 |

Plaintiff Cynthia Rafferty, by and through her counsel of record, Gabroy Law Offices, and Host International, Inc., by and through its counsel of record, Baker & Hostetler LLP and Marquis Aurbach Coffing, hereby stipulate as follows:

IT IS STIPULATED that the above-captioned matter be dismissed in its entirety, with prejudice; and

IT IS FURTHER STIPULATED that all future court and trial dates be vacated, including the deadlines set forth in the Scheduling Order entered on May 7, 2013 [Dkt. No. 24] and September 19, 2013 [Dkt. 31].

**IT IS SO ORDERED** this 10th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

Dated: October 9, 2013

BAKER & HOSTETLER LLP

By: /s/ Margaret Rosenthal
Margaret Rosenthal, Esq. (#147501)
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025
Tel: (310) 820-8800'
*One of the Attorneys for Defendant Host International, Inc.*

I, Margaret Rosenthal, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
Jason M. Gerber, Esq. (#9812)
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel: (702) 382-0711
*One of the Attorneys for Defendant Host International, Inc.*

GABROY LAW OFFICES

By: /s/ Christian Gabroy
Christian Gabroy, Esq. (#8805)
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
*Attorneys for Plaintiff Cynthia Rafferty*